**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 4:26-cv-00518-FJG |
| | ) | |
| **SOHAIL AHMED KHAWAJA**, aka Sohail Ahmed, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING JOINT MOTION FOR
CONSENT JUDGMENT**

Upon consideration of the Complaint (Doc. 1) filed by Plaintiff United States of America ("United States") against Defendant Sohail Ahmed Khawaja, aka Sohail Ahmed, ("Defendant"), and: (a) having jurisdiction and venue over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331, 1345; (b) Defendant having been fully advised by counsel; (c) the parties having filed a Joint Motion for Entry of Consent Judgment (Doc. 2); and (d) Defendant having admitted he illegally procured his naturalization as described in Count Two of the Complaint, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

(1)    the Joint Motion is **GRANTED**;

(2)    in accordance with the Joint Motion, judgment is **ENTERED** in favor of the United States and against Defendant;

(3)    the Court **FINDS** and **DECLARES** that Defendant illegally procured his U.S. citizenship, specifically finding that Defendant illegally procured his U.S. citizenship because he lacked the requisite good moral character to naturalize, based on his

commission of unlawful acts that adversely reflected on his moral character during the statutory period and the absence of extenuating circumstances that ameliorate his guilt;

(4) The order admitting Defendant to U.S. citizenship is **REVOKED** and **SET ASIDE**, effective as of the original date of the order, November 13, 2008;

(5) Certificate of Naturalization No. 31469847 is hereby **CANCELED**, effective as of the original date of the certificate, November 13, 2008;

(6) Defendant is forever **RESTRAINED** and **ENJOINED** from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his November 13, 2008 naturalization;

(7) Defendant shall, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports and passport cards, any Enhanced Driver's License, and any other indicia of U.S. citizenship (whether current or expired), as well as any copies thereof in his possession or control—and shall make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others—to counsel for the United States, Jeffrey P. Ray; and

(8) the Parties shall appear for a compliance hearing on _____, **2026**, at which Defendant must demonstrate that he has complied with this Judgment, unless the United States provides notice to the Court that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.

**IT IS SO ORDERED.**

Date: <u>July 1, 2026</u>
Kansas City, Missouri

<u>/s/ FERNANDO J. GAITAN, JR</u>.
Fernando J. Gaitan, Jr.
United States District Judge

2